IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHRISTOPHER LEE HUCKABEE,    )
                             )
            Petitioner,      )
                             )
    v.                       )    1:23-cv-841
                             )
UNITED STATES OF AMERICA,    )
                             )
            Respondent.      )

**ORDER**

On October 11, 2023, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is hereby **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner filing in the proper district.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 12th day of December, 2023.

_____
United States District Judge